United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 31, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-50850
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

                 v.

VICTOR HUGO MARTINEZ

                    Defendant - Appellant


----------------------
Appeal from the United States District Court for the
Western District of Texas, Waco
----------------------

Before KING, Chief Judge, and DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[1]

     IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.


     IT IS FURTHER ORDERED that Appellee's unopposed motion to remand the case to the Western District of Texas, Waco Division for resentencing is GRANTED.

_____

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's supplemental brief 14 days from the denial of Appellee's motion to vacate and remand is DENIED AS MOOT.